

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00269-CV

**IN THE MATTER OF D.J.,** a Minor

From the 436th Judicial District Court, Bexar County, Texas
Trial Court No. 2023JUV00116
Honorable William "Cruz" Shaw, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED. Counsel's motion to withdraw is GRANTED.

SIGNED May 7, 2025.

_____
Lori Massey Brissette, Justice